Case 4:20-cv-01149   Document 82   Filed on 07/10/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARION MARTINEZ | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:20-cv-01149 |
| MOBILELINK, | § § | |
| Defendant. | § § | |

## AGREED STIPULATED JUDGMENT AND DISMISSAL ORDER

In this action, Marion Martinez, individually and on behalf of all opt-in Plaintiffs who have executed and filed consents to opt into this litigation ("the Plaintiffs"), bring suit against Defendant, Mobilelink. ("the Defendant," and collectively with the Plaintiffs, the "Parties") for violation of the Fair Labor Standards Act, 29 U.S.C. §201 et seq. Before the Court is the parties' Agreed Motion for Approval of FLSA Collective Settlement. The Court has reviewed the Motion and accompanying documents and finds that all matters and disputes between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED:

(1) The Parties Stipulation and Settlement Agreement is APPROVED.

(2) This lawsuit is hereby DISMISSED WITH PREJUDICE as to the claims asserted, or which could have been asserted, by all Plaintiffs against Defendant.

This Order is final as to all claims and all parties in this action.

DONE AND ORDERED in Chambers In the Southern District of Texas.

Date: July 10, 2025.

Kenneth M. Hoyt
United States District Judge